UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KENNETH DUANE MALORY, II,

      Defendant.

_____/

Hon. Phillip J. Green

Case No.  1:25-mj-00568

## <u>ORDER OF DETENTION</u>

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged by Criminal Complaint.  The Criminal Complaint charges defendant with felon in possession of a firearm and ammunition, in violation of  18 U.S.C. § 922(g)(1).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted a hearing on November 12, 2025, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has not met its burden regarding risk of non-appearance.

The Court also finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the community.  Further, the Court finds that there are no conditions or  a combination of conditions of release, to which defendant is willing to comply, that will ensure the safety of the community.   Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on November 12, 2025.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge

2